*In re* ROSA VARGAS HERNÁNDEZ.

*Número:* TS-8437          *Resuelto:* 18 de junio de 2004

*Rosa Vargas Hernández*, abogada querellada que comparece por derecho propio.

## RESOLUCIÓN

Examinada la solicitud de reinstalación de Rosa Vargas Hernández, *el Tribunal le amonesta por no haber cumplido cabalmente con sus responsabilidades profesionales en el caso de la querella Núm. CP-2000-15 formulada en su contra por el Procurador General. Se le apercibe que en el futuro debe cumplir con las responsabilidades éticas de la profesión y también con todos sus deberes notariales. Con esta amonestación y apercibimiento se le reinstala al ejercicio profesional. Se instruye al Colegio de Abogados a que reactive las quejas que tenga pendientes contra esta letrada.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rivera Pérez dene-

garía la reinstalación. El Juez Asociado Señor Rebollo Ló-
pez no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*